```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMAZ METREVELI,

                        Petitioner,

-against-

BRYAN FLANAGAN, ET AL.,

                        Respondents.

25-CV-8039 (MKV)

ORDER TO ANSWER, 28 U.S.C. § 2241

MARY KAY VYSKOCIL, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York at jeffrey.oestericher@usdoj.gov that this Order has been issued. Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

The Clerk of Court is directed to mail this a copy of this order to Petitioner at his address of record and to transmit a copy of this order by email to: thewestlakeoffice@gmail.com.

SO ORDERED.

Dated:   October 8, 2025
          New York, New York

                                                   _____
                                                   MARY KAY VYSKOCIL
                                                   United States District Judge