USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMAZ METREVELI,

                Petitioner,

-against-

BRYAN FLANAGAN, ET AL.,

                Respondents.

25-CV-8039 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of Petitioner Tamaz Metreveli's *pro se* emergency motion for a stay of removal, which is attached below. However, the motion has not been docketed because the PDF version of the document is malformed. Accordingly, IT IS HEREBY ORDERED that the Government shall respond to Petitioner's motion **by 4:00 PM on November 18, 2025**.

**SO ORDERED.**

Dated:   November 17, 2025
           New York, New York

                                            _____
                                            MARY KAY VYSKOCIL
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tamaz METREVELI,<br><br>　　*Petitioner,*<br><br>　　v.<br><br>Bryan FLANAGAN, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement ("ICE"), et al.,<br><br>　　*Respondents.* | Civil No.: 25-CV-8039 (MKV) |

**NOTICE THAT RESPONDENTS TRANSFERRED PETITIONER FROM DELANEY HALL DETENTION IN NEW JERSEY TO AN UNDISCLOSED DETENTION FACILITY LIKELY IN LOUISIANA WHILE THIS COURT IS ADJUDICATING HIS MERITORIOUS PETITION FOR WRIT OF HABEAS CORPUS; AND,**

**EMERGENCY MOTION FOR AN ADMINISTRATIVE ORDER GRANTING A STAY TO PRESERVE THE COURT'S JURISDICTION TO REVIEW THE PETITION ON THE MERITS, OR TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PENDING RESOLUTION OF THE PETITION.**

1

Petitioner Tamaz Metreveli appearing pro se[1] respectfully moves the Court for an administrative order staying his imminent removal from the U.S. to his native Georgia pending further order of the Court.  The Court has inherent authority to issue a stay order to preserve its own jurisdiction, such as in cases like, *Khalil v. Joyce*, No. 25-CV-1935 (JMF) listing cases; see also *O.G. v. Francis*, 25-CV-08977 (JAV) (S.D.N.Y. Oct. 30, 2025) ("The Court hereby ORDERS that Petitioner shall not be removed from the United States unless and until the Court orders otherwise in order to preserve the Court's jurisdiction pending its consideration of the habeas petition."); *Chalco-Beltran v. Francis*, 25 Civ. 9208 (PAE) (S.D.N.Y. Nov. 4, 2025); *Torres (Rueda Torres) v. Francis*, 25-CV-8408 (DEH) (S.D.N.Y. Oct. 11, 2025). The Court has also the inherent authority under the All Writs Act.

Petitioner urgently moves the Court to issue the stay because he has been informed by ICE that he will be imminently removed in violation of federal law and regulations, all of which will be addressed in his first amended petition to be filed forthwith by his new counsel if this motion is granted.

As a reminder, Petitioner was taken into custody while he was supposed to be interviewed by a USCIS officer on his pending adjustment application.  The I-130 was approved and now the USCIS can grant his application for permanent residence but if he

---

[1]   Petitioner has secured one of his former out of state attorneys to represent him in these proceedings whom concurrently with this filing or soon thereafter will move for an order granting his application to appear pro hac vice, provided that the motion is granted.

is removed as planned forthwith, he will lose his statutory right to obtain a response on his pending application.

## CONCLUSION

Petitioner should not be denied of a fair opportunity to receive the approval of his pending adjustment application after the I-130 was approved ten days or so ago. If the stay is not granted immediately he will be removed and his application for adjustment will be denied as abandoned.

_____/s/_____
Tamaz Metreveli
Petitioner in pro se

## CERTIFICATE OF SERVICE

I, the undersigned declare that on today's date I served a copy of this paper on the U.S. Attorney's Office for the Southern District of New York, via email courtesy copy and by regular US Mail addressed as follows:

Mr. Brandon Herbert Cowart
86 Chambers Street
New York, NY 10007
Email: brandon.cowart@usdoj.gov

_____/s/_____
James D. Allen
P.O.Box 3664
Westlake Village, CA 91359-0664
Tel: (888) 450-2501