**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TAMAZ METREVELI,

                  Petitioner,

      -against-                            25 **CIVIL** 8039 (MKV)

                                                 **<u>JUDGMENT</u>**

BRYAN FLANAGAN, ET AL.,

                  Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 5, 2025, the Petition is DISMISSED for lack of subject-matter jurisdiction. Petitioner's motions for a temporary restraining order and a preliminary injunction are DENIED administratively as moot; accordingly, the case is closed.

**Dated:** New York, New York

       December 8, 2025

                                         **TAMMI M. HELLWIG**

                                           _____
                                              **Clerk of Court**

                  **BY:**              *K. mango*

                                            _____
                                              **Deputy Clerk**